# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

128719(57)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

L & R HOMES, INC.,
        Plaintiff-Appellee,

v

JACK CHRISTENSON ROCHESTER, INC.,
        Defendant,

and

CHRISTENSON & CHRISTENSON, INC.,
d/b/a JACK CHRISTENSON, INC., and
JACK D. CHRISTENSON,
        Defendants-Appellants.

SC: 128719
COA: 250483
Oakland CC: 1999-017608-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's order of May 12, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

p0724